UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00503-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRENCE LYDELL WEEKS,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on violation of supervised release is set for **Tuesday, November 29, 2011, at 2:00 p.m.**

    Dated:   October 27, 2011